**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE STRICKLAND,

        Plaintiff,

v.                              Case No:   6:23-cv-2500-GAP-DCI

SINGH KANWALJT and 1313
CONVENIENCE STORE INC.,

        Defendants

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Stipulation of Voluntary Dismissal Without Prejudice (Doc. 16), it is

**ORDERED** that this case is DISMISSED without prejudice.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 28, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties